Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

Josephine KOERNER, as admx., etc., respt., v. FEDERAL TELEPHONE & TELEGRAPH CO., and one, applts. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Order affirmed, with costs. All concur.

In the Matter of the claim of Mary KOLB, etc., applt., v. BORDEN'S CONDENSED MILK COMPANY, self-insurer, employer, respt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Determination unanimously affirmed.

Julius KRAMER et al. v. Benjamin FLEISCHER. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Cecelia KREMEN, respondent, v. LONDON ASSURANCE CORPORATION, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Misunderstanding the length of the daily trial sessions at Riverhead, defendant's counsel subpoenaed his witnesses to attend on a day after the cause had been reached and the trial begun, and at 11 a. m., an inconvenient hour for these witnesses coming by railway. This may not have been a legal excuse. Counsel had to close his defense without testimony of these witnesses, who appear to have been material. In view of the issues, and all the circumstances, defendant should have another opportunity to present its proofs to the jury. Judgment and orders reversed, and a new trial granted, upon the conditions that, within five days from entry of this order, defendant pay to plaintiff's attorney the sum of $150, and stipulate to be ready to retry the cause at the Suffolk County Trial Term, beginning May 1, 1916; otherwise, judgment and orders affirmed, with costs. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Max KURILOFF et al., respondents, v. Louis HALPERIN, and another, appellants, and another, defendant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Application denied, with $10 costs.

LACKAWANNA STEEL CO., respt., v. Henry C. LEIN et al., applts. (Supreme Court, Appellate Division, Fourth Department. March 29, 1916.) Motion to dismiss appeals granted, unless appellants procure case to be made and settled within 20 days and be ready for argument at the opening of the May term, and upon the further condition that the appellants Joseph Battle and James Battle pay to respondent's attorney $10.

Albert LAIMBEER, appellant, v. BROWN BROTHERS, Inc., respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment reversed and new trial granted, costs to abide the event. This court is of opinion that it was error to exclude the testimony of the plaintiff as to the condition of the top of the wall in question when he last saw it before the time of the accident, in view of his testimony that no work had been done at the top of the wall between the time he saw it and the happening of the accident. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Fred W. LANG, respt., v. AMERICAN BREWING CO. OF ROCHESTER, applt. (Supreme Court, Appellate Division, Fourth Department. March 29, 1916.) Judgment and order affirmed, with costs. All concur.

In the Matter of the application for the appointment of a general guardian of William Crossman LEE, an infant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion denied, with $10 costs, on the ground of no proof of service.

Frederick M. LEONARD, as trustee, etc., Respt., v. Frank L. MONTAGUE, (Supreme Court, Appellate Division, First Department. April 20, 1916.) Appeal from Special Term, New York County. Action by Frederick M. Leonard, as trustee, against Frank L. Montague. From a judgment for plaintiff at Special Term, after trial, defendant appeals. Modified and affirmed. See, also, 155 App. Div. 506, 140 N. Y. Supp. 562.

PER CURIAM. The judgment appealed from is modified, by deducting therefrom the sum of $240, with interest from December 31, 1908, being the difference between $16,840, the amount found as the total of the private sale, which in fact was $16,600, and by making the proper findings in accordance therewith. As so modified, the judgment is affirmed, without costs. Settle order on notice.

In the matter of the claim of Lizzie LESLIE, etc., respt., v. O'CONNOR & RICHMAN, Inc., employer, and the United States Fidelity & Guaranty Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Award unanimously affirmed.

Clarence D. LEVEY, Respt., v. Edmund R. Dodge, Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Harry LEVI, Respt., v. Samuel W. HEISS and ano., Applts. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Fannie LEVINE, as admx., Respt., v. Jacob OKIN, Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Judgment and order reversed with costs, and complaint dismissed with costs, on the authority of Kellogg v. Charity Foundation Co., 203 N. Y. 191, 96 N. E. 406, 38 L. R. A. (N. S.) 481, Ann. Cas. 1913A, 883. Order filed.